# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| GARY CASTERLOW-BEY,<br><br>  Plaintiff,<br><br>v.<br><br>GOOGLE INTERNET SEARCH ENGINE COMPANY,<br><br>  Defendant. | CASE NO. 3:17-cv-05621-RBL-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's action is dismissed.

(3) Plaintiff's first motion to proceed *in forma pauperis* (Dkt. 1), second motion to proceed *in forma pauperis* (Dkt. 4), and motion for injunctive relief (Dkt. 5) are denied.

**DATED** this 23rd day of October, 2017.

Ronald B. Leighton
United States District Judge